**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-2629**

———————————

LAUNEIL SANDERS,

                                        Plaintiff - Appellant,

        and

LAUNEIL FREEDOM CONSTITUTIONAL ENVIRONMENTAL
FOUNDATION,

                                        Plaintiff,

        versus

CAROL M. BROWNER, United States Environmental
Protection Agency Administrator; ENGELHARD
CORPORATION,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-97-998-6-20AK)

———————————

Submitted:  May 28, 1998              Decided:  June 9, 1998

———————————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

---

Launeil Sanders, Appellant Pro Se. Harold Weinberg Jacobs, William Thomas Lavender, Jr., NEXSEN, PRUET, JACOBS & POLLARD, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Launeil Sanders appeals the district court's order dismissing the action below. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sanders v. Browner, No. CA-97-998-6-20AK (D.S.C. Nov. 17, 1997). We deny Sanders's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED